# Schedule A

| No. | Store Name | Store ID |
| --- | --- | --- |
| 1 | Yulifujianxiamen | A1DT1URYKNTTIM |
| 2 | WashingtonSexDoll01 | AKZ1FRFI60AXD |
| 3 | KangJuFa-us | A2TYT08TP2LM08 |
| 4 | WashingtonSexDoll02 | A108TH3YMAATS6 |
| 5 | WashingtonSexDoll | A1FTTLMHW5ND0G |
| 6 | Anyang Hemmo Trading Co., Ltd. | A9XVXUURAX6EB |
| 7 | tonggangshangmao | A2KIFQNT82COL9 |
| 8 | pride-joy | A7S62HTGCPFGE |
| 9 | jitaozerotwo | A3JTBZ2EW6B2S |
| 10 | jiayuan shangmao | A2CJ2L2KM2TCFX |
| 11 | WashingtonSexDoll03 | AZH3DGW8GF9PJ |
| 12 | huangmeixianjiaozhenshangmaoyouxiangongsi | A3M39QU14KN9X9 |
| 13 | Huasuo xiaodian | A1MIZ8SP69TKGI |
| 14 | yuanzixunfuwu | A1WJ4WBVC9NRHA |
| 15 | WashingtonSexDoll04 | A2SE82O2C78Q9X |
| 16 | sdacujhijJKB | API4BEYMJ214I |
| 17 | WangXinFengShangMaobeimei | A3LY5OF9SK73H |
| 18 | WashingtonSexDoll05 | A2C5O72GOIAC01 |
| 19 | BSJLM-4 | A136X5GSEHYEB4 |
| 20 | BSJLM-5 | AK647D4XEWWV1 |
| 21 | hgdgsygdnsh | A3PXIK0HD8KJOO |
| 22 | BSJLM-2 | A1L8I957EK6CI2 |
| 23 | BSJLM-3 | A31SXUN7SS88W2 |
| 24 | lightning deals of today prime_ sdascdf | A2LGY05Y3RBSRO |
| 25 | BSJLM | A3UZVZLFUUQ6BU |
| 26 | TEHUI-5 | A2Q36BYBD8FJ9Z |
| 27 | TEHUI | A3FQF280JYZEJB |
| 28 | TEHUI-4 | AJXT900D2DN5J |
| 29 | TEHUI-3 | A1NNGRYXM8ATFR |
| 30 | ZHANG LI JUN US | APPCYBU8WSR9P |

| 31 | TEHUI-2 | A1KCUSOHUWJK6C |
| --- | --- | --- |
| 32 | TEHUI-1 | A3VE9IQ71H2AKZ |
| 33 | huomunongmu | ALX36KUGY6L1H |
| 34 | Jtonust-03 | AUFXO6DMZ61M2 |